UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 16-07596 |
| **FERNANDO BALDERAS** | ) | Judge Deborah L. Thorne |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

Philip V. Martino, Trustee, certifies that on July 14, 2017, he caused the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object**, to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Patrick S. Layng     USTPRegion11.ES.ECF@usdoj.gov
- Christine Kuhlman   ndil@geracilaw.com

In addition to the ECF service, Debtor, Fernando Balderas, 189 Westward Ho Drive, Northlake, Illinois 60164, was served by regular U.S. mail on July 14, 2017. Parties may access this filing through the Court's system.

/s/ Philip V. Martino
Philip V. Martino, Trustee

Philip V. Martino
Thanhan Nguyen
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\46939666.1