UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FERNANDO BALDERAS | § | Case No. 16-07596 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,031.00<br>*(Without deducting any secured claims)* | Assets Exempt: 3,570.00 |
| Total Distributions to Claimants: 181,638.61 | Claims Discharged<br>Without Payment: 319,783.18 |
| Total Expenses of Administration: 33,361.39 | |

3) Total gross receipts of $ 215,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 215,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 179,393.00 | $ 180,745.00 | $ 180,745.00 | $ 180,745.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 33,361.39 | 33,361.39 | 33,361.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,560.00 | 133,080.79 | 133,080.79 | 893.61 |
| **TOTAL DISBURSEMENTS** | $ 187,953.00 | $ 347,187.18 | $ 347,187.18 | $ 215,000.00 |

 4)  This case was originally filed under chapter 7 on  03/04/2016 .  The case was pending for 27 months.

 5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated:  06/06/2018                    By:/s/PHILIP V. MARTINO_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4717 W. Dickens, Chicago, IL 60639 | 1110-000 | 215,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$215,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA | | 20,670.00 | NA | NA | 0.00 |
| | Wells Fargo HM Mortgag | | 158,723.00 | NA | NA | 0.00 |
| | CHICAGO TITLE AND TRUST COMPANY | 4110-000 | NA | 174,561.67 | 174,561.67 | 174,561.67 |
| | CHICAGO TITLE AND TRUST COMPANY | 4210-000 | NA | 2,207.93 | 2,207.93 | 2,207.93 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHICAGO TITLE AND TRUST COMPANY | 4700-000 | NA | 3,975.40 | 3,975.40 | 3,975.40 |
| **TOTAL SECURED CLAIMS** | | | $ 179,393.00 | $ 180,745.00 | $ 180,745.00 | $ 180,745.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| PHILIP V. MARTINO | 2200-000 | NA | 700.00 | 700.00 | 700.00 |
| International Sureties, Ltd. | 2300-000 | NA | 6.50 | 6.50 | 6.50 |
| CHICAGO TITLE AND TRUST COMPANY | 2500-000 | NA | 3,342.50 | 3,342.50 | 3,342.50 |
| Associated Bank | 2600-000 | NA | 60.89 | 60.89 | 60.89 |
| QUARLES & BRADY LLP | 3110-000 | NA | 6,255.00 | 6,255.00 | 6,255.00 |
| Kutchins Robbins & Diamond, Ltd. | 3420-000 | NA | 1,096.50 | 1,096.50 | 1,096.50 |
| CHICAGO TITLE AND TRUST COMPANY | 3510-000 | NA | 12,900.00 | 12,900.00 | 12,900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 33,361.39 | $ 33,361.39 | $ 33,361.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank | | 1,700.00 | NA | NA | 0.00 |
| | Chase CARD | | 0.00 | NA | NA | 0.00 |
| | Chase CARD | | 203.00 | NA | NA | 0.00 |
| | City of Chicago Bureau Parking | | 4,800.00 | NA | NA | 0.00 |
| | Credit ONE BANK NA | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas | | 1,000.00 | NA | NA | 0.00 |
| | State Farm Auto Claim Central | | 0.00 | NA | NA | 0.00 |
| 1 | SPRINT | 7100-000 | 357.00 | 356.75 | 356.75 | 356.75 |
| 2 | City Of Chicago Department Of Finance | 7200-000 | NA | 4,900.00 | 4,900.00 | 19.82 |
| 4 | Oscar Deleon Vega And Yesenia Balderas | 7200-000 | NA | 127,550.00 | 127,550.00 | 515.93 |
| 3 | Chase Bank Usa, N.A. | 7200-001 | NA | 274.04 | 274.04 | 1.11 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 8,560.00 | $ 133,080.79 | $ 133,080.79 | $ 893.61 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-07596 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FERNANDO BALDERAS | | | | Date Filed (f) or Converted (c): | 03/04/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/12/2016 |
| For Period Ending: | 06/06/2018 | | | | Claims Bar Date: | 07/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4717 W. Dickens, Chicago, IL 60639 | 253,988.00 | 31,755.00 | | 215,000.00 | FA |
| 2. Chevrolet Cruze 2015 | 13,131.00 | 0.00 | | 0.00 | FA |
| 3. FURNITURE | 200.00 | 0.00 | | 0.00 | FA |
| 4. Cell Phone and Headphones | 50.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 100.00 | 0.00 | | 0.00 | FA |
| 6. CHECK ACCOUNT CHASE | 20.00 | 0.00 | | 0.00 | FA |
| 7. CHECK ACCOUNT ETHICON SUTURE | 800.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 300.00 | 0.00 | | 0.00 | FA |
| 9. 2 DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 10. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $268,589.00 | $31,755.00 | | $215,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report was submitted on June 28, 2017. It was filed on July 13, 2017 and is set for presentment on August 29, 2017.

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 06/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-07596 | Trustee Name: PHILIP V. MARTINO |
| Case Name: FERNANDO BALDERAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0083 |
| | Checking |
| Taxpayer ID No: XX-XXX9219 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | | CHICAGO TITLE AND TRUST COMPANY<br>Chicago Title and Trust Company | Sale of House | | $18,012.50 | | $18,012.50 |
| | | | Gross Receipts $215,000.00 | | | | |
| | | | Payoff of First Mortgage ($174,561.67) | 4110-000 | | | |
| | | | Broker Commission ($12,900.00) | 3510-000 | | | |
| | | | Cost For Sale ($3,342.50) | 2500-000 | | | |
| | | | Real Estate Property Tax ($3,975.40) | 4700-000 | | | |
| | | | Water Bill ($2,207.93) | 4210-000 | | | |
| | 1 | | 4717 W. Dickens, Chicago, IL 60639  $215,000.00 | 1110-000 | | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $18,002.50 |
| 02/03/17 | 3001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium<br>Pro rata bond premium payment<br><br>Bond #016073584<br><br>Term from 02/01/17 to 02/01/18 | 2300-000 | | $6.50 | $17,996.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.76 | $17,969.24 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.13 | $17,945.11 |
| 08/30/17 | 3002 | PHILIP V. MARTINO<br>300 N LASALLE ST SUITE 4000<br>CHICAGO, IL  60654 | Distribution | | | $9,700.00 | $8,245.11 |

Page Subtotals: $18,012.50   $9,767.39

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-07596 | Trustee Name: PHILIP V. MARTINO |
| Case Name: FERNANDO BALDERAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0083 |
| | Checking |
| Taxpayer ID No: XX-XXX9219 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PHILIP V. MARTINO | Final distribution representing a payment of 100.00 % per court order. | ($9,000.00) 2100-000 | | | |
| | | PHILIP V. MARTINO | Final distribution representing a payment of 100.00 % per court order. | ($700.00) 2200-000 | | | |
| 08/30/17 | 3003 | QUARLES & BRADY LLP<br>300 North LaSalle Street<br>Suite 4000<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $6,255.00 | $1,990.11 |
| 08/30/17 | 3004 | Kutchins Robbins & Diamond, Ltd. | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $1,096.50 | $893.61 |
| 08/30/17 | 3005 | SPRINT<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $356.75 | $536.86 |
| 08/30/17 | 3006 | City Of Chicago Department Of Finance<br>C/O Arnold Scott Harris, P.C.<br>111 W. Jackson Ste 600<br>Chicago, Il 60604 | Final distribution to claim 2 representing a payment of 0.40 % per court order. | 7200-000 | | $19.82 | $517.04 |
| 08/30/17 | 3007 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7200-001 | | $1.11 | $515.93 |
| 08/30/17 | 3008 | Oscar Deleon Vega And Yesenia Balderas<br>2447 N. Lorel<br>Chicago Il 60639 | Final distribution to claim 4 representing a payment of 0.40 % per court order. | 7200-000 | | $515.93 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $18,012.50 | $18,012.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,012.50 | $18,012.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,012.50 | $18,012.50 |

Page Subtotals: $0.00    $8,245.11

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0083 - Checking | $18,012.50 | $18,012.50 | $0.00 |
|  | $18,012.50 | $18,012.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $196,987.50 |
| Total Net Deposits: | $18,012.50 |
| Total Gross Receipts: | $215,000.00 |

Page Subtotals:    $0.00    $0.00